# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                            No. CR 03-1014 JC

EDWARD ATENCIO,

      Defendant.

## MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the Court on Defendant Edward Atencio's Motion for New Trial and Memorandum in Support, filed July 7, 2004 (*Doc. 105*).  The Court, having considered the motion, the relevant authority, and being otherwise fully advised, finds the motion not well-taken and it is, therefore, denied.

Federal Rule of Criminal Procedure 33 authorizes a district court to grant a new trial if required in the interests of justice.  *United States v. Quintanilla*, 193 F.3d 1139 (10th Cir. 1999). A Motion for a new trial is generally regarded with disfavor and should only be granted with great caution.  *Id.*

Defendant Edward Atencio contends that justice requires that he be granted a new trial, for he was charged by indictment in the conjunctive but the jury was instructed in the disjunctive and received a verdict form drafted in the disjunctive.  Because the Court addressed this argument in open Court both before and after instructing the jury, and it is well-settled that where, as here, a statute may be violated by multiple means, the government need only prove Defendant's guilt in the

disjunctive[1], the Court denies Defendant's motion on these grounds.

WHEREFORE,

**IT IS ORDERED** that Defendant Edward Atencio's Motion for New Trial and Memorandum in Support, filed July 7, 2004 (*Doc. 105)* is DENIED.

Dated August 10, 2004.

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] *See, e.g., United States v. Powell*, 226 F.3d 1181, 1192 (10th Cir. 2000).